EXHIBIT A



**Office of the Attorney General**
**Washington, D. C. 20530**

CERTIFICATE OF THE ATTORNEY GENERAL

    I, Eric H. Holder, Jr., Attorney General of the United States, certify that with regard to the foregoing Complaint, <u>United States v. Erie County</u>, I have complied with all subsections of 42 U.S.C. § 1997b(a)(1). I certify as well that I have complied with all subsections of 42 U.S.C. § 1997b(a)(2). I further certify, pursuant to 42 U.S.C. § 1997b(a)(3), my belief that this action by the United States is of general public importance and will materially further the vindication of rights, privileges, or immunities secured or protected by the Constitution of the United States.

    In addition, I certify that I have the "reasonable cause to believe," set forth in 42 U.S.C. § 1997a, to initiate this action. Finally, I certify that all prerequisites to the initiation of this suit under 42 U.S.C. § 1997 have been met.

    Pursuant to 42 U.S.C. § 1997a(c), I have personally signed the foregoing Complaint. Pursuant to 42 U.S.C. § 1997b(b), I am personally signing this Certificate.

    Signed this __28th__ day of __September__, 2009, at Washington, D.C.

                  S/Eric H. Holder, Jr.
                  ERIC H. HOLDER, JR.
                  Attorney General of the United States

42 U.S.C. § 1997