IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) |
| | ) |
| ERIE COUNTY, NEW YORK; | ) |
| CHRIS COLLINS, COUNTY EXECUTIVE; | ) Civil No. 09-CV-849S |
| ANTHONY BILLITTIER, IV, MD, COUNTY | ) |
| HEALTH COMMISSIONER; | ) |
| TIMOTHY B. HOWARD, ERIE COUNTY | ) |
| SHERIFF; RICHARD T. DONOVAN, | ) |
| ERIE COUNTY UNDERSHERIFF; | ) |
| ROBERT KOCH, SUPERINTENDENT, | ) |
| ADMINISTRATIVE SERVICES DIVISION, | ) |
| JAIL MANAGEMENT DIVISION; | ) |
| BARBARA LEARY, FIRST DEPUTY | ) |
| SUPERINTENDENT FOR ERIE COUNTY | ) |
| HOLDING CENTER; DONALD LIVINGSTON, | ) |
| FIRST DEPUTY SUPERINTENDENT FOR | ) |
| ERIE COUNTY CORRECTIONAL FACILITY, | ) |
| | ) |
| DEFENDANTS. | ) |
| | ) |

**ORDER SCHEDULING AN EXPEDITED HEARING
PURSUANT TO LOCAL RULE 7.1(d)**

Pursuant to Local Rule 7.1(d) and Plaintiff's request for an expedited hearing regarding its Motion to Enforce the Access Provision of the Stipulated Settlement Agreement and Order Concerning Suicide and Related Mental Health Issues,

1

IT HEREBY IS ORDERED, that Plaintiff's Motion to Expedite (Docket No. 125) is GRANTED.

FURTHER, that Defendants shall file and serve their response to Plaintiff's Motion to Enforce the Access Provision of the Stipulated Settlement Agreement and Order Concerning Suicide and Related Mental Health Issues (Docket No. 123) by 5:00 p.m. on November 8, 2010.

FURTHER, that Plaintiff may file and serve reply papers by Noon on November 9, 2010.

FURTHER, that counsel for the parties shall appear before this Court for a status conference on November 10, 2010, at 10:30 a.m.

SO ORDERED.

Dated: November 5, 2010
       Buffalo, New York

                                  /s/William M. Skretny
                                  WILLIAM M. SKRETNY
                                       Chief Judge
                                United States District Court