IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>ERIE COUNTY, NEW YORK; )<br>CHRIS COLLINS, COUNTY EXECUTIVE; )<br>ANTHONY BILLITTIER, IV, MD, COUNTY )<br>HEALTH COMMISSIONER; )<br>TIMOTHY B. HOWARD, ERIE COUNTY )<br>SHERIFF; MARC WIPPERMAN, )<br>ERIE COUNTY UNDERSHERIFF; )<br>ROBERT KOCH, SUPERINTENDENT, )<br>ADMINISTRATIVE SERVICES DIVISION, )<br>JAIL MANAGEMENT DIVISION; )<br>MICHAEL F. REARDON, FIRST DEPUTY )<br>SUPERINTENDENT FOR ERIE COUNTY )<br>HOLDING CENTER; DONALD LIVINGSTON, )<br>FIRST DEPUTY SUPERINTENDENT FOR )<br>ERIE COUNTY CORRECTIONAL FACILITY, )<br>)<br>DEFENDANTS. ) | Civil No. 09-cv-0849<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys for all of the parties to the above entitled action, that all of the Plaintiff's claims as against all individual Defendants are hereby dismissed pursuant to Rule 41(a)(1), Fed. R. Civ. P. with prejudice and without costs to any party as against any other.

AND THAT the new caption shall be:

UNITED STATES OF AMERICA,

Plaintiff,

v.

ERIE COUNTY, NEW YORK,

Defendant.

This stipulation may be filed without further notice with the Clerk of the Court.

DATED: Buffalo, New York

August 17, 2011

FOR THE UNITED STATES:

THOMAS E. PEREZ
Assistant Attorney General
Civil Rights Division

WILLIAM J. HOCHUL, JR.
United States Attorney
Western District of New York

ROY L. AUSTIN, Jr
Deputy Assistant Attorney General
Civil Rights Division

MARY PAT FLEMING
Chief, Civil Division
United States Attorney's Office
Western District of New York

JONATHAN M. SMITH
Chief
Special Litigation Section

LAURA L. COON
Special Counsel
Special Litigation Section

ZAZY J. LOPEZ
ALYSSA C. LAREAU
MARLYSHA MYRTHIL
LORI E. RIFKIN
Attorneys
Civil Rights Division
Special Litigation Section
U.S. Department of Justice
950 Pennsylvania Avenue, NW
SPL, 601 D Street, Rm. 5426
Washington, DC 20530
(202) 305-8702

ATTORNEYS FOR DEFENDANTS

Jeremy A. Colby,
Erie County Attorney;

Thomas F. Kirkpatrick, Jr.,
Second Assistant County Attorney;

Brian R. Liebenow,
David J. Sleight,
Assistant County Attorneys, of counsel;
95 Franklin Street, Room 1634
Buffalo, New York 14202
Telephone: 716-858-2204

3