IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　　)<br>　　　　PLAINTIFF,　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　　　v.　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>ERIE COUNTY, NEW YORK;　　　　　　)<br>CHRIS COLLINS, COUNTY EXECUTIVE;　)<br>ANTHONY BILLITTIER, IV, MD, COUNTY )<br>HEALTH COMMISSIONER;　　　　　　　)<br>TIMOTHY B. HOWARD, ERIE COUNTY　　)<br>SHERIFF; MARC WIPPERMAN,　　　　　)<br>ERIE COUNTY UNDERSHERIFF;　　　　　)<br>ROBERT KOCH, SUPERINTENDENT,　　　)<br>ADMINISTRATIVE SERVICES DIVISION, )<br>JAIL MANAGEMENT DIVISION;　　　　　)<br>MICHAEL F. REARDON, FIRST DEPUTY　)<br>SUPERINTENDENT FOR ERIE COUNTY　)<br>HOLDING CENTER; DONALD LIVINGSTON,)<br>FIRST DEPUTY SUPERINTENDENT FOR　)<br>ERIE COUNTY CORRECTIONAL FACILITY,)<br>　　　　　　　　　　　　　　　　　)<br>　　　　DEFENDANTS.　　　　　　　　　)<br>_____)  | Civil No. 09-cv-0849<br><br>**STIPULATION OF DISMISSAL** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys for all of the parties to the above entitled action, that all of the Plaintiff's claims as against all individual Defendants are hereby dismissed pursuant to Rule 41(a)(1), Fed. R. Civ. P. with prejudice and without costs to any party as against any other.

AND THAT the new caption shall be:

UNITED STATES OF AMERICA,

Plaintiff,

v.

ERIE COUNTY, NEW YORK,

Defendant.

This stipulation may be filed without further notice with the Clerk of the Court.

DATED: Buffalo, New York

August 17, 2011

FOR THE UNITED STATES:

                                          THOMAS E. PEREZ
                                        Assistant Attorney General
                                        Civil Rights Division

| WILLIAM J. HOCHUL, JR. | ROY L. AUSTIN, Jr |
| United States Attorney | Deputy Assistant Attorney General |
| Western District of New York | Civil Rights Division |

| MARY PAT FLEMING | JONATHAN M. SMITH |
| Chief, Civil Division | Chief |
| United States Attorney's Office | Special Litigation Section |
| Western District of New York | |

                                          LAURA L. COON
                                        Special Counsel
                                        Special Litigation Section

                                      *S/Zazy I. Lopez*
                                      ZAZY I. LÓPEZ
                                      ALYSSA C. LAREAU
                                      MARLYSHA MYRTHIL
                                      LORI E. RIFKIN
                                      Attorneys
                                      Civil Rights Division
                                      Special Litigation Section
                                      U.S. Department of Justice
                                      950 Pennsylvania Avenue, NW
                                      SPL, 601 D Street, Rm. 5426
                                      Washington, DC  20530
                                      (202) 305-8702


ATTORNEYS FOR DEFENDANTS

*S/Jeremy A. Colby*
Jeremy A. Colby,
Erie County Attorney;

Thomas F. Kirkpatrick, Jr.,
Second Assistant County Attorney;

Brian R. Liebenow,
David J. Sleight,
Assistant County Attorneys, of counsel;
95 Franklin Street, Room 1634
Buffalo, New York 14202
Telephone: 716-858-2204