IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | Civil No. 09-cv-0849 |
| ) | |
| ERIE COUNTY, NEW YORK, ) | |
| ) | |
| DEFENDANT. ) | |
| _____ ) | |

**JOINT MOTION FOR ENTRY OF STIPULATED ORDER OF DISMISSAL**

The United States and Erie County ("the Parties") hereby move this Court for entry of the attached Stipulated Order of Dismissal ("Stipulated Order") as an Order of the Court. Entry of this Stipulated Order as an order of the Court will resolve the remaining issues in this litigation concerning protection from harm, provision of medical and mental health treatment, and environmental health and safety.

The Parties also request that the Court enter an order finding that the Stipulated Order satisfies the requirements of 18 U.S.C. § 3626(a)(1)(A) and that the prospective relief in the Stipulated Order is narrowly drawn, extends no further than necessary to correct the violations of the federal rights, and is the least intrusive means necessary to correct the violations of the federal rights. The Parties further request that the Court retain jurisdiction over the Stipulated Order for the purpose of enforcing the terms therein. In support of this motion, the Parties stipulate and represent to the Court that the terms of the Stipulated Order satisfy the requirements of 18 USC § 3626(a).

The Parties ask the Court to approve this Stipulated Order and to enter the order without a full hearing on the merits and on the basis of the Parties' agreements in the Stipulated Order.

Dated:  August 17, 2011

              Respectfully submitted,

FOR THE UNITED STATES:

              THOMAS E. PEREZ
              Assistant Attorney General
              Civil Rights Division


WILLIAM J. HOCHUL, JR.    ROY L. AUSTIN, Jr.
United States Attorney      Deputy Assistant Attorney General
Western District of New York    Civil Rights Division


MARY PAT FLEMING      JONATHAN M. SMITH
Chief, Civil Division       Chief
United States Attorney's Office   Special Litigation Section
Western District of New York


              LAURA L. COON
              Special Counsel
              Special Litigation Section


              *S/Zazy I. Lopez*
              ZAZY I. LÓPEZ
              ALYSSA C. LAREAU
              MARLYSHA MYRTHIL
              LORI E. RIFKIN
              Attorneys
              Civil Rights Division
              Special Litigation Section
              U.S. Department of Justice
              950 Pennsylvania Avenue, NW
              SPL, 601 D Street, Rm. 5426
              Washington, DC  20530
              (202) 305-8702

FOR ERIE COUNTY:

*S/Jeremy A. Colby*
JEREMY A. COLBY
Erie County Attorney

DATED: 8/17/11