


FILED
OCT 31 2014
CLERK, US DISTRICT COURT, WDNY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA
    Plaintiff,

09-CV-849S

-vs-

ERIE COUNTY, NEW YORK, et al.,
    Defendant.

A certified copy of the Mandate of the United States Court of Appeals for the Second Circuit dated August 18, 2014 and issued as Mandate on October 10, 2014 having been filed in the Office of the Clerk of this Court on October 15, 2014 it is hereby

ORDERED, ADJUDGED AND DECREED that said Mandate be, and hereby is, made the Judgment of this Court.

_____
William M. Skretny
Chief Judge
United States District Court

Dated: Buffalo, NY
    October 31, 2014