

50 Fountain Plaza
Suite 1700
Buffalo, NY 14202
**Phone:** 716.853.5100
**Fax:** 716.853.5199
lippes.com

<u>**VIA CM/ECF ONLY**</u>　　　　　　　　　　　　　　　　　　　　　　　　　April 14, 2021

Hon. William M. Skretny
Chief District Judge
United States District Court – WDNY
2 Niagara Square
Buffalo, New York 14202

Re:　　United States of America v. Erie County, New York
　　　　Civil Action No.: 09-cv-0849-WMS-LGF
　　　　Proposed Redactions for the Technical Compliance Consultant Reports – March 2021

Dear Judge Skretny:

This is a concluded matter where the County of Erie is in the compliance phase of reaching goals set forth in a Stipulated Order of Dismissal.

As you know, there is an Order outlining a redaction protocol for the compliance reports of the Technical Compliance Consultants ("TCCs"; Dkt. 261, 283).

This is to advise that the parties agree that there are no required redactions as to the reports of the TCC Dr. Metzner regarding his virtual visit of March 2021. Therefore, the County will file those reports on this day.

Thank you for your attention to this matter.

Very truly yours,

Lippes Mathias Wexler Friedman LLP

Jennifer C. Persico

JCP/smk

Cc:　　Marlysha Myrthil, Esq. (*via CM/ECF*)

**Jennifer C. Persico** | Partner | jpersico@lippes.com

**New York:** Albany, Buffalo, New York City • **Florida:** Ponte Vedra Beach • **Ontario:** Greater Toronto Area • **Washington, D.C.**