UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
───────────────────────────────

UNITED STATES OF AMERICA,

                Plaintiff,

    v.                                      **ORDER**
                                             **09-CV-849S**

ERIE COUNTY, NEW YORK,

                Defendant.
───────────────────────────────

      The United States and Erie County, New York, jointly move for termination of the Stipulated Order of Dismissal, entered on August 26, 2011 (Docket No. 227), and a final judgment of dismissal.  (Docket No. 335.)

      Based on the findings in the Status Reports of the two independent Technical Compliance Consultants, filed on January 10, 2020 (Docket No. 326) and April 14, 2021 (Docket No. 333), respectively, and in consideration of the Parties' Joint Motion to Terminate and Dismiss, and Declaration in Support thereof,

      IT IS HEREBY ORDERED, that the Joint Motion (Docket No. 335) is GRANTED.

      FURTHER, that the Stipulated Order of Dismissal is TERMINATED; and

      FURTHER, that the above-captioned case is DISMISSED WITH PREJUDICE.

      SO ORDERED.

Dated:      June 13, 2023
                Buffalo, New York

                                                                   *s/William M. Skretny*
                                                                 WILLIAM M. SKRETNY
                                                               United States District Judge