Judgment in a Civil Case

United States District Court<br>WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

   v.

ERIE COUNTY, NEW YORK

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 09-CV-849

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that the case is Dismissed with Prejudice.

Date: June 14, 2023

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/ Jennifer V.
    Deputy Clerk